IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-01118-LTB-KMT

FIRSTIER BANK,

    Plaintiff,

v.

CONTRACT MANUFACTURING, INC., a Colorado corporation;
WACHOVIA BANK, N.A.,
INTERNAL REVENUE SERVICE,
JEANIE YORK,
FRED INGHAM,
THE BEATRICE JEAN INGHAM TRUST,
JON YORK, and
ESTATE OF MARC C. YORK,

    Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Transfer Funds, For an Award of Fees and Costs and to Dismiss Firstier Bank (Doc 7 - filed June 18, 2008) is **DENIED WITHOUT PREJUDICE** for failure to comply with D.C.COLO.LCivR 7.1(A).

Dated: June 19, 2008
_____