IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-1118-LTB

**FIRSTIER BANK,**

**Plaintiff,**

**v.**

**CONTRACT MANUFACTURING, INC., a Colorado corporation,**
**WACHOVIA BANK, N.A.,**
**INTERNAL REVENUE SERVICE,**
**JEANIE YORK,**
**FRED INGHAM,**
**THE BEATRICE JEAN INGHAM TRUST,**
**JON YORK, and**
**ESTATE OF MARC C. YORK,**

**Defendants.**

_____

### ORDER GRANTING UNOPPOSED MOTION TO
### DISMISS THE ESTATE OF MARC C. YORK
_____

This Court, having reviewed the Unopposed Motion to Dismiss the Estate of Marc C. York filed by FirsTier Bank, the case file and otherwise being advised in the premises, GRANTS the Motion.

It is HEREBY ORDERED that the Estate of Marc C. York is DISMISSED as a party to this action.

Dated this  19th  day of   March  , 2009.

BY THE COURT:

  s/Lewis T. Babcock
DISTRICT COURT JUDGE