IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

Civil No. 1:08-cv-1118-LTB

| | |
|---|---|
| FIRSTIER BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CONTRACT MANUFACTURING INC., a | ) |
| Colorado Corporation, WACHOVIA BANK, | ) |
| N.A., INTERNAL REVENUE SERVICE, | ) |
| JEANIE YORK, FRED INGHAM, THE | ) |
| BEATRICE JEAN INGHAM TRUST, JON | ) |
| YORK, and ESTATE OF MARC C. YORK | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER REGARDING DISTRIBUTION OF FUNDS AND
MOTION TO DISMISS WITH PREJUDICE

Having considered the parties Stipulation Regarding Distribution of Funds and

Motion to Dismiss with Prejudice, and for good cause showing, the Court hereby

GRANTS the Motion to dismiss this action with prejudice and hereby ORDERS:

1.      The funds currently deposited with the United States District Court for the

District of Colorado shall be released as follows:

        A.      Seven thousand dollars ($7,000.00) payable to the "United States

                Treasury," mailed to the United States Treasury c/o the United

- 1 -

States Department of Justice, Tax Division, P.O. Box 310, Ben

Franklin Station, Washington, D.C. 20044.

B.      The remaining funds currently held by the Court payable to "Faegre

& Benson LLP," memo: funds are for trust (363294), mailed to

Faegre & Benson LLP c/o Teresa Tate, 1900 Fifteenth Street,

Boulder, CO 80302.

2.      Each party shall be liable for its own costs of litigation and attorneys' fees.


**IT IS SO ORDERED.**

Dated:    April 9, 2009                              s/Lewis T. Babcock
                                                     HONORABLE LEWIS T. BABCOCK
                                                     United States District Court

Presented by:

DAVID M. GAOUETTE
Acting United States Attorney

MARK PESTAL
Assistant United States Attorney
Civil Division

/s/ Lauren M. Castaldi
LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 514-9668
Fax:  (202) 307-0054
Email: Lauren.m.castaldi@usdoj.gov
        western.taxcivil@usdoj.gov

Attorneys for the United States of
America

/s/ Teresa Taylor Tate
Darrell M. Daley
Teresa Taylor Tate
Faegre & Benson LLP
1900 15th Street
Boulder, CO 80302
Telephone: (303) 447-7700
Fax: (303) 447-7800
Email: TTate@faegre.com
        ddaley@faegre.com

Attorneys for Fred Ingham and Beatrice
Jean Ingham Trust

/s/ Jeffery A. Weinman
Jeffery A. Weinman
Weinman & Associates, PC
730 17th Street, Suite 240
Denver, CO 80202
Telephone: (303) 572-1010
Fax: (303) 572-1011
Email: jweinman@epitrustee.com

Attorney for Jon York

/s/ David C. Walker
Douglas Wayne Brown
David C. Walker
Brown, Berardini & Dunning, P.C.
2000 S. Colorado Blvd.
Tower Two, Suite 700

Denver, CO  80222
Telephone: (303) 329-3363
Fax: (303) 393-8438
Email: dwalker@bbdfirm.com
        dbrown@bbdfirm.com

Attorneys for Firstier Bank

/s/ Eric V. Love
Eric V. Love
Kinsgberry Johnson Foster & Love, LLP
1401 Walnut Street, Suite 300
Boulder, CO 80302
Email:elove@kingsberyjohnson.com

Attorney for Jeanie York

4086623.1